1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

B.S. A MINOR, BY AND THROUGH
HIS PARENTS M.S. AND M.S.,

                    Plaintiffs,

    v.

HOCKINSON SCHOOL DISTRICT

                    Defendant.

Case No. 3:20-cv-06221-TL

**ORDER TO DISMISS WITH PREJUDICE**

Considering the foregoing Motion to Dismiss with Prejudice filed on behalf of

Plaintiffs, B.S. a minor by and through his parents M.S. and M.S.,

IT IS HEREBY ORDERED THAT the entirety of the captioned matter against

Defendant Hockinson School District be and is dismissed with prejudice.

Dated this _22h d day_ of February, 2022.

TANA LIN
UNITED STATED DISTRICT JUDGE

ORDER TO DISMISS WITH PREJUDICE
Page 1